UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Matthew J. Skahill |
| v. | : | Mag. No. 23-mj-4057 |
| JOSEPH WATSON | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Joseph McFarlane, Assistant U.S. Attorney, appearing), and defendant Joseph Watson (Stanley O. King, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through February 15, 2024.

2. This Court has granted one § 3161(h)(7)(A) continuance previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

  a. The pre-indictment discovery the United States anticipates that it will be voluntarily providing the defendant involves many documents that defense counsel requires adequate time to review.

  b. Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation

  c. Both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

  d. Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 60 days from December 17, 2023 through February 15, 2024; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

            _____
            HON. MATTHEW J. SKAHILL
            United States Magistrate Judge

Dated: December 12, 2023

Form and entry consented to:

_Joseph McFarlane_
_____
Joseph McFarlane
Assistant U.S. Attorney

_Stanley O. King_
_____
Stanley O. King
Counsel for Joseph Watson

/s/ Sara A. Aliabadi
_____
Sara A. Aliabadi
Deputy Attorney-in-Charge, Camden Branch